# Exhibit B



**gcu**
GUARDIAN CREDIT UNION

October 3, 2016

LEE DEFALICO
9730 W BELOIT RD #1
MILWAUKEE WI 53227

Account:                      ********63  -  0002
Original Contract Date:   03/04/2016
Description of Vehicle:   2005   PONTIAC            Grand Prix-V6
VIN:                             2G2WR524951227037

Dear LEE DEFALICO,

As a result of your default, the vehicle referenced above was recovered and sold.  A Statement of Repossession and Sale of Collateral is also attached.

After the proceeds of the funds were applied to the loan, there remains a deficiency balance due.

| | | |
|---|---|---|
| **Total Due** | $ | 7,396.40 |
| **Selling Price** | $ | 700.00 |
| **Deficiency Balance** | $ | 6,696.40 |

Please contact Guardian Credit Union Collections Department at 414-546-7450 x 2483 to make arrangements to pay the deficiency balance or discuss the possibility of paying the balance off in a lumps sum settlement payment.

Your deficiency balance may also be sold to a third party collection agency in which you are able to make arrangements with them in order to pay off your debt.

**If you have filed bankruptcy, this explanation is not an attempt to collect a deficiency, but is only for your information.  You are not liable personally for payment of a deficiency.  However, we may enforce our lien against any property that you gave as collateral for that debt.  If you have any questions regarding this letter, call us at 414-546-7450 x2483 or write us at the address above.**

Sincerely,

ALBERT MONTANEZ

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**



# Statement of Repossession and Sale of Collateral

| | |
|---|---|
| Date: | October 3, 2016 |
| Member Name: | LEE DEFALICO |
| Member Number: | ********63  -  0002 |
| Vehicle Description: | 2005   PONTIAC           Grand Prix-V6 |
| VIN: | 2G2WR524951227037 |
| Date of Sale: | 09/30/2016 |
| Location of Sale: | WISCONSIN STATE AUTO AUCTION |

| | | |
|---|---|---|
| Principal Amount owed as of Sale Date: | $ | 6,389.16 |
| **ADD:** Late charges owed at sale | $ | 19.52 |
| Interest Owed    at sale | $ | 527.72 |
| Court/legal Costs | $ | 0.00 |
| Repossession Fee | $ | 150.00 |
| Storage Fee | $ | 25.00 |
| Selling Fee | $ | 125.00 |
| Transportation Fee | $ | 60.00 |
| Repo Title | $ | 100.00 |
| Gas/Oil/Battery | $ | 0.00 |
| Postage | $ | 0.00 |
| Keys | $ | 0.00 |
| Total | $ | 7,396.40 |
| **LESS:** Selling Price | $ | 700.00 |
| **Total Deficiency Balance Due** | $ | 6,696.40 |
| **Surplus to Savings Account** | $ | 0.00 |

LOAN DEF BAL 037