# Exhibit C

PO BOX 666  
BOTHELL WA 98041

**EVERGREEN PROFESSIONAL RECOVERIES**
12100 NE 195th Street, #125 * Bothell, WA 98011
800-241-1305

April 19, 2017

Re: GUARDIAN CREDIT UNION
Account #: ▇4974
Balance Due: $6389.16

RETURN SERVICE REQUESTED

Pay your bill online: www.everprof.com

| | |
|---|---|
| PRINCIPAL: | $ 6389.16 |
| TOTAL: | $ 6389.16 |

LEE DEFALICO
6915 S TIMBER RIDGE LN
APT 3101
OAK CREEK WI 53154-1359



Notice

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

YOU ARE HEREBY NOTIFIED: The creditor identified above has engaged our services to collect the above account.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion of the debt, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute this debt, or any portion of this debt, we will obtain verification of the debt or a copy of a judgment, and we will mail you a copy of such verification and/or judgment. If you request our office in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor if the original creditor is different from the current creditor.

Creditor: GUARDIAN CREDIT UNION

Ref # 139263.2

---

EVERGREEN PROFESSIONAL RECOVERIES    12100 NE 195th Street, #125 * Bothell, WA 98011    800-241-1305

PLEASE DETACH HERE AND RETURN WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED

RE: GUARDIAN CREDIT UNION
ACCT #: ▇4974
BALANCE DUE: $6389.16

**PAY THIS AMOUNT: $6389.16**

If paying by Credit Card, please complete this section

| ☐ VISA | CARD NUMBER | AMOUNT | CVV# (3 or 4 Digit code on Back of Card) |
|---|---|---|---|
| ☐ | SIGNATURE | EXP DATE | |
| CARDHOLDER NAME (Please Print) | | ☐ Check here if Cardholder address is the same. If not, provide Cardholder address on back of statement. | |

Pay your bill online: www.everprof.com

LEE DEFALICO
6915 S TIMBER RIDGE LN
APT 3101
OAK CREEK WI 53154-1359

**EVERGREEN PROFESSIONAL RECOVERIES**
P.O. BOX 666
BOTHELL WA 98041-0666

EVENDEF-0419-858500826-00013-13