UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LEE DEFALICO,

    Plaintiff,

v.    Case No. 17-cv-1303-pp

EVERGREEN PROFESSIONAL
RECOVERIES, INC.,
and GUARDIAN CREDIT UNION,

    Defendants.

---

### ORDER APPROVING STIPULATION FOR DISMISSAL (DKT. NO. 14)

---

On January 8, 2018, the parties filed a stipulation for dismissal of this action. Dkt. No. 14.

The court **APPROVES** the stipulation for dismissal. Dkt. No. 14. The court **ORDERS** that this case is **DISMISSED with prejudice**, on the merits, and without costs to any party.

Dated in Milwaukee, Wisconsin this 25th day of January, 2018.

                **BY THE COURT:**

                _____
                **HON. PAMELA PEPPER**
                **United States District Judge**